# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America,

        Plaintiff,        Case No. 15-cr-20040

v.        Judith E. Levy
        United States District Judge

D-1 Derrick Taron White,

        Mag. Judge Elizabeth A. Stafford

        Defendant.

_____/

## STIPULATED ORDER ADJOURNING DATE FOR FILING OBJECTIONS TO PRESENTENCE REPORT

    This matter having come before the Court on the stipulation of the parties, and the Court being fully apprised of its premises,

    It is hereby ORDERED that objections to the presentence report shall be filed no later than March 13, 2017.

    IT IS SO ORDERED.

Dated: February 23, 2017        s/Judith E. Levy
Ann Arbor, Michigan        JUDITH E. LEVY
        United States District Judge

## STIPULATION TO ADJOURN DATE FOR FILING OBJECTIONS TO THE PRE-SENTENCE REPORT

    IT IS HEREBY STIPULATED by and between the parties that Defendant White's date for filing objections to the PSI Report, scheduled for March 3, 2017, be adjourned for ten days. This adjournment is stipulated to because a vital member

of Mr. White's defense team has been ill.  Defendant hired Belinda English as a sentencing consultant.  Ms. English was formerly a supervisor at the United States Probation Department.  Ms. English has pneumonia and has been unable to work on Defendant's behalf.  This short adjournment will not adversely impact the parties, the public or administration of justice.

| | |
|---|---|
| /s/Carl D. Gilmer-Hill w/Permission | /s/Byron H. Pitts |
| **Carl D. Gilmer-Hill** (CA161939) | **Byron H. Pitts** (P59079) |
| Assistant US Attorney | Attorney for Derrick T. White |
| 211 W Fort Street, Suite 2001 | 535 Griswold, Suite 1630 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 226-9585 | (313) 964-7222 |

Dated: February 22, 2017

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 23, 2017.

s/Felicia M. Moses
FELICIA M. MOSES
Case Manager